**FILED**

JAN 23 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ERIK MARSHALL,  )<br>  )<br>Defendant.  ) | 2:11-CR-235-JAD-(CWH) |

**FINAL ORDER OF FORFEITURE**

On August 20, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(n)(2) based upon the plea of guilty by defendant ERIK MARSHALL to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars for Forfeiture of Property, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ERIK MARSHALL pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 20; Change of Plea, ECF No. 38; Plea Agreement, ECF No. 39; Preliminary Order of Forfeiture, ECF No. 40.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 25, 2012, through September 23, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

. . .

1. This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

2. This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(n)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) Home-built computer in black Antec case, unknown serial number;

b) Lenovo laptop computer, serial number EB17494638;

c) Rock Mobile desk external hard drive, unknown serial number;

d) Western Digital 750 GB hard drive, serial number WXG1EB04XL20

e) Kodak Easyshare M530 12MP digital camera, serial number KCGMH03131680;

f) PNY 8GB SD card, unknown serial number;

g) Zune MP3 player, serial number 037331484315;

h) Casio cell phone, serial number CVDK1764885;

i) Dane Electric portable USB storage device, unknown serial number;

j) PNY portable USD drive, unknown serial number; and

k) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

1 income derived as a result of the United States of America's management of any property forfeited
2 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
3   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
4 certified copies to the United States Attorney's Office.
5   DATED this ___ day of __January__, 2014.

_____
UNITED STATES DISTRICT JUDGE

3